LIPP, Appellant, v. PERRIN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Albert E. Lipp against Louis V. Perrin and others. E. J. Welch, for appellant. G. W. Scheuerman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

LITCHFIELD, Appellant, v. WHITNEY, Respondent. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) Action by Edward H. Litchfield against Harry Payne Whitney, as executor of William C. Whitney, deceased. No opinion. Order modified, by reducing the additional allowance of costs to $750, and, as so modified, affirmed, without costs.

LIVERMORE, Appellant, v. ROBLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by John E. Livermore against Charles C. Robley. No opinion. Judgment affirmed, with costs.

LIVINGSTON, Appellant, v. WEISS, Respondent. (Supreme Court, Appellate Term. June 22, 1905.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by Moses Livingston against Adolphus Weiss. From a judgment for defendant, plaintiff appeals. Reversed. A. S. Rosenthal, for appellant. Wentworth, Lowenstein & Stern, for respondent.

PER CURIAM. Assuming that the action is maintainable, the judgment is unwarranted. The respondent presents a computation suggestive of the way in which the justice reasoned in reaching the conclusion that $17.50 damages to defendant had been shown. An item of $105 as chargeable to plaintiff by defendant appears in the computation, but there was no evidence that the plaintiff had received $105 for which he should account to defendant. There must be a reversal, and a new trial, with costs to appellant to abide the event.

In re LIVINGSTON ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) In the matter of the application of the city of New York relative to acquiring title, etc., for the purpose of widening Livingston street, etc. No opinion. Appeal of William Spence withdrawn on stipulation, and order signed and entered.

LUDOWIEG v. TALCOTT. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by John G. Ludowieg against James Talcott. No opinion. Motion denied, with $10 costs.

In re LYONS CEMETERY ASS'N. (Supreme Court, Appellate Division. Fourth Department. May 23, 1905.) In the matter of the application of the Lyons Cemetery Association to acquire title to certain real estate owned and possessed by Amelia Smart.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., dissents, on the ground that the statute has not cured the objections held by the Court of Appeals in Matter of Deansville Cemetery Association. 66 N. Y. 569, 23 Am. Rep. 86, to be fatal to the application. See 86 N. Y. Supp. 960.

In re McALLISTER et al. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) In the matter of the petition of Joseph E. McAllister and Charles Eugene Campbell to remove Henry H. Post as trustee of the village of Gouverneur and president of its board of water commissioners. No opinion. John P. Badger, Esq., attorney and counselor at law, residing at Malone, N. Y., appointed referee to take the proofs and report to the court with his opinion.

McCARTHY v. R. G. PACKARD CO. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Mary McCarthy, administratrix, etc., against the R. G. Packard Company. No opinion. Motion granted. Question certified as in memorandum.

McCORMACK, Respondent, v. MANDELBAUM, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by John J. McCormack against Richard R. Mandelbaum. No opinion. Motion denied.

McDONALD, Appellant, v. AMERICAN BRIDGE CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Joseph R. McDonald against the American Bridge Company of New York. No opinion. Judgment unanimously affirmed, with costs.

McDONALD, Respondent, v. MIRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by William McDonald against Hiram M. Mirick. No opinion. Judgment affirmed, with costs.

McDONOUGH v. JAMES REILLY REPAIR CO. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by James McDonough against the James Reilly Repair Company. No opinion. Motion denied, with $10 costs.

McELHAREN, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Margaret McElharen, an infant, by Hugh McElharen, her guardian ad litem, against Margaret E. Scott. No opinion. Order affirmed on argument, with $10 costs and disbursements.